

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Overruled by C-546*

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-1950
Re: Payment of account for photographs of personnel of State Board of Architectural Examiners from appropriations made to the Board.

Your letter of January 22 requests the opinion of this department upon the question whether an account of $5.75 incurred by the State Board of Architectural Examiners for photographs of the membership of that Board may be paid from the appropriations made by the Legislature to that agency of the government.

The appropriations made by the Legislature for the support and maintenance of the State Board of Architectural Examiners are provided for the purpose of defraying expenses reasonably and necessarily incurred by that agency of government in the administration of the laws confided to it for enforcement by the Legislature.

Expenses for matters which contribute in no degree whatsoever to the administration of such laws are not authorized to be paid from the appropriations made for the support and maintenance of such agency. We think it obvious that photographing the personnel of the State Board of Architectural Examiners contributes in no degree whatsoever to the enforcement of the laws intrusted to that Board for administration. You are therefore advised that the account for this purpose may not be paid from the appropriations made to the Board of Architectural Examiners.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By R. W. Fairchild

R. W. Fairchild
Assistant

RWF:mp

COMMUNICATION IS TO BE _____

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN